IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )    2:06-cr-00191-EJG
          Plaintiff,           )
                               )
     v.                        )    RELATED CASE ORDER
                               )
RAMON RAMOS-SOLANO,            )
                               )
          Defendant.           )
_____)
UNITED STATES OF AMERICA,      )
                               )    2:11-cr-00024-GEB
          Plaintiff,           )
                               )
     v.                        )
                               )
RAMON RAMOS-SOLANO,            )
                               )
          Defendant.           )
_____)
```

On March 4, 2011, the United States of America filed a "Notice of Related Cases" in which it states:

> [T]he above-referenced cases appear to be related within the meaning of Eastern District Local Rule 123(f).
>
> The Petition in CR. S-06-191 EJG charges the defendant with violating the terms of his supervised release arising out of conditions imposed from his September 8, 2006, conviction for being a Deported Alien Found in the United States. . . .
>
> The indictment returned by the grand jury in CR. S-11-024 GEB charges the defendant with being an alien found in the United States without the prior consent of the Attorney General or the Secretary of the Department of Homeland Security following his deportation on March 15, 2010.

1

> Ramos-Solano is the sole defendant in both cases, and it is likely that he will be represented by the same Assistant Federal Defender or panel attorney in both cases. For these reasons, the government believes that assignment of both cases to a single district judge would be appropriate.

(ECF No. 8, 1:23-2:17.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(f). Therefore, action 2:06-cr-00191 is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB." Any dates currently set in the reassigned case are VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a Status Conference is scheduled to commence at 9:00 a.m. on April 8, 2011 in action 2:06-cr-00191.

Dated: March 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge