DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
RAMON RAMOS-SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMON RAMOS-SOLANO, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR.S-11-024-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: July 8, 2011 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RAMON RAMOS-SOLANO that the status conference hearing date of June 24, 2011 be vacated, and the matter be set for change of plea on July 8, 2011 at 9:00 a.m.

The reason for this continuance is the spanish interpreter is unavailable due to illness. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 8, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| DATED: June 24, 2011. | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Public Defender<br><br>/s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for RAMON RAMOS-SOLANO |
| DATED: June 24, 2011. | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Courtney Fein for<br>MICHELE BECKWITH<br>First Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 24, 2011, status conference hearing be continued to July 8, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 8, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 24, 2011

GARLAND E. BURRELL, JR.
United States District Judge